Jesse Ray WILLIAMS *v.* STATE of Arkansas

703 S.W.2d 459

Supreme Court of Arkansas
Opinion delivered February 18, 1986

*Cross, Kearney & McKissic*, by: *Jesse L. Kearney*, for appellant.

No response.

PER CURIAM. Appellant, Jesse Ray Williams, by his attorney, has filed for a rule on the clerk.

His attorney, Jesse L. Kearney, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.